

# Fourth Court of Appeals
## San Antonio, Texas

July 18, 2022

No. 04-22-00388-CR

**EX PARTE** Jose Alexis Sanchez **DUBON**,

From the County Court, Kinney County, Texas
Trial Court No. 10374CR
Honorable Roland Andrade, Judge Presiding

# O R D E R

In August 2021, appellant was arrested for misdemeanor criminal trespass. On December 2, 2022, he was released from State custody to Customs and Border Protection. He was subsequently removed from the United States, and he has no lawful ability to reenter this country. After the trial court denied his pretrial application for writ of habeas corpus, appellant filed a notice of appeal, on May 23, 2022, challenging the trial court's order. Subsequently, appellant received notice that an "in person" jury trial had been set for August 8, 2022.

On July 13, 2022, appellant filed an "Emergency Motion for Temporary Stay of Proceedings." In his motion, appellant alleges the prosecuting attorney "has made no effort to coordinate with immigration to grant Appellant the authorization to enter the country." Therefore, appellant contends he will not be able to exercise his constitutional rights at his trial.

We GRANT the motion to stay and all further proceedings in the underlying cause are ORDERED STAYED pending the disposition of this appeal.

Appellant's brief is due July 18, 2022. On July 15, 2022, appellant filed an unopposed motion requesting a thirty-day extension of time in which to file his brief. The motion is GRANTED and appellant's brief is due **no later than August 17, 2022**.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of July, 2022.

FILE COPY



MICHAEL A. CRUZ, Clerk of Court